————————o————————

No. 5672.

**JOSEPH HARZ vs. JOSEPH Q. GOWLAND, ET AL.**

Appeal from the Civil District Court, Division "D," Parish of Orleans, Hon. Porter Parker, Judge, No. 94,074.

E. M. 'Cahn, for plaintiff and appellant.

P. M. Milner, Gus. Lemle, for defendant and appellee.

J. L. Gowland, in proprio persona.

His Honor, EMILE GODCHAUX, rendered the opinion and decree of the Court as follows:

All parties in interest having presented a motion praying for dismissal of this appeal, it is accordingly ordered that the appeal be and the same is hereby dismissed.

Appeal dismissed.

Opinion and decree, November 10th, 1914.